1  Thiago Coelho, SBN 324715
   thiago@wilshirelawfirm.com
2  Jasmine Behroozan, SBN 325761
3  jasmine@wilshirelawfirm.com
   **WILSHIRE LAW FIRM**
4  3055 Wilshire Blvd., 12th Floor
5  Los Angeles, California 90010
   Telephone: (213) 381-9988
6  Facsimile: (213) 381-9989

7

8  *Attorneys for Plaintiff and Proposed Class*

9
                    **UNITED STATES DISTRICT COURT**
10
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated, | CASE NO.: 3:21-cv-01196-JSC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| WAHLBURGERS FRANCHISING LLC, a Massachusetts limited liability company; WAHLBURGERS HOLDING COMPANY LLC, a Massachusetts limited liability company; and DOES 1 to 10, inclusive, | |
| Defendants. | |

NOTICE OF SETTLEMENT

Plaintiff, Juan Alcazar ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: June 16, 2021               Respectfully Submitted,

                                   */s/ Thiago M. Coelho*
                                   Thiago M. Coelho
                                   Jazmin Behroozan
                                   **WILSHIRE LAW FIRM**
                                   *Attorneys for Plaintiff and Proposed Class*

1

NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 16, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: June 16, 2021                    */s/ Thiago M. Coelho*
                                         Thiago M. Coelho