1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAHLBURGERS FRANCHISING LLC, a Massachusetts limited liability company; WAHLBURGERS HOLDING COMPANY LLC, a Massachusetts limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-01196-JSC<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CLASS ACTION WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

//
///

On August 13, 2021, the parties filed a joint stipulation to dismiss this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Upon due consideration, good cause appearing, the Court GRANTS the joint motion and DISMISSES this action with prejudice. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending matters, vacate all deadlines, and close the case.

**IT IS SO ORDERED.**

DATED:  August 16 , 2021        By: _____
                                    Hon. Judge Jacqueline Scott Corley
                                    United States District Judge



2

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CLASS ACTION WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)